UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DR. LUIS M. RODRIGUEZ MORA,

    Plaintiff,

v.

BENJAMIN KAUFFMAN, his wife JANE DOE, and the Conjugal Partnership existing between them; INSURANCE COMPANY X, Y; JOHN DOE, RICHARD DOE,

    Defendants.

Civil No. 98-1851 (JAF)

### J U D G M E N T

The parties' "Joint Stipulation for Voluntary Dismissal With Prejudice," filed on August 24, 1999, <u>Docket Document No. 11</u>, is **APPROVED**. Judgment is entered dismissing this action with prejudice, each party to bear its own costs, expenses, and attorney's fees. Fed. R. Civ. P. 41.

San Juan, Puerto Rico, this 30th day of August, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge